## 66969. EPPINGER v. STATE OF GEORGIA et al.

BIRDSONG, Judge.

Upon a full review of the record in the case, this appeal is dismissed as improvidently granted.

*Appeal dismissed. Shulman, C. J., and McMurray, P. J., concur.*

*Frank A. Thomas, Jr., Lavinia B. George,* for appellant.

*Michael J. Bowers, Attorney General, James P. Googe, Jr., Executive Assistant Attorney General, Wayne P. Yancey, Senior Assistant Attorney General, B. Dean Grindle, Jr., Special Assistant Attorney General,* for appellees.